IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 1:18-cr-00003 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| DIMAYO L. BIRDSONG | ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, Defendant's Motion to Suppress (Doc. No. 21) is **DENIED**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE